UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR274-MU |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | INDICTMENT |
| **(10) PHUONG THE TRUONG** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to PHUONG THE TRUONG only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

Signed: January 9, 2007

Graham C. Mullen
United States District Judge